# Court of Appeals
# of the State of Georgia

ATLANTA,  November 15, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0152. DANIEL ERIC COBBLE v. THE STATE.**

A jury found Daniel Eric Cobble guilty of two counts of felony obstruction, and his convictions were affirmed on appeal. See *Cobble v. State*, 297 Ga. App. 423 (677 SE2d 439) (2009). In 2015, Cobble filed a petition for a writ of habeas corpus as well as an emergency motion to grant habeas relief. On October 18, 2018, the superior court entered an order dismissing the habeas petition and an order denying emergency relief. Cobble filed this application for discretionary appeal from these orders. The Supreme Court, however, has appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). This application is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/15/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*